[No. 10086-0-II.   Division Two.   November 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN LOWELL STETSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00200-1, Nile E. Aubrey, J., entered

June 11, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.